UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY PRITCHETT,

    Petitioner,

v.

MARY BERGHUIS,

    Respondent.
_____/

File No. 1:12-cv-8

HON. ROBERT HOLMES BELL

## **O R D E R**

On November 5, 2016, Magistrate Judge Phillip J. Green issued a Report and Recommendation ("R&R") recommending that the petition be denied as meritless and that a certificate of appealability be denied. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the November 5, 2016, R&R (ECF No. 43) is **APPROVED** and **ADOPTED** as the opinion of this Court. A judgment will enter dismissing the action.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated: November 30, 2016            /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   UNITED STATES DISTRICT JUDGE